UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-5032-RAO Date: September 16, 2026

Title: Saulo Ferreira Melo as next of friend for Juan Rene Gonzalez Espinoza v. Warden, Adelanto ICE Processing Center

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| | |
|---|---|
| C. Delgado | N/A |
| Deputy Clerk | Court Reporter/Recorder: N/A |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**

Saulo Ferreira Melo ("Ferreira Melo") filed the instant petition for writ of habeas corpus as next of friend on behalf of Juan Rene Gonzalez Espinoza—a non-citizen currently in immigration custody at Adelanto ICE Processing Center on September 1, 2026. Dkt. No. 1 at 1. A "next of friend" is permitted to file a habeas action on behalf of another individual. 28 U.S.C. § 2242 ("Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf.")

To have standing to pursue habeas relief as a "next of friend," the filer must show: (1) the petitioner is unable to litigate his own cause due to mental incapacity, lack of access to court, or other similar disability; and (2) the next friend has some significant relationship with, and is truly dedicated to the best interests of, the petitioner." *Perez Duranza ex rel. Mora v. Warden, Mesa Verde ICE Processing Center*, 2026 WL 1699578 (E.D. Cal. June 11, 2026) (citing *Coal. of Clergy, Laws, and Professors v. Bush*, 310 F.3d 1153, 1159-60 (9th Cir. 2002). Additionally, a next of friend may not appear without counsel. Individuals appearing *pro se* are permitted to represent themselves only. *See Johns et al. v. Cnty. of San Diego*, 114 F.3d, 874, 877 (9th Cir. 1997) (a non-lawyer has no authority to appear as an attorney for anyone other than himself).

The Court dismisses the Petition without prejudice. First, the Court is not persuaded from the facts alleged in the Petition that the putative "next of friend" has established the existence of a significant relationship with Petitioner. The Petition states that Ferreira Melo spent 12 months in immigration custody with Petitioner and lived alongside him. Pet. at 4. However, Ferreira Melo

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | 5:26-cv-5032-RAO | Date: | September 16, 2026 |
| Title: | Saulo Ferreira Melo as next of friend for Juan Rene Gonzalez Espinoza v. Warden, Adelanto ICE Processing Center | | |

is not a family member and does not appear to be a close family friend and, apart from the one year spent in custody with Petitioner, there appear to be no other ties between the two men. Moreover, even if the Court found Ferreira Melo has a significant relationship with Petitioner, he is proceeding without an attorney. With these deficiencies, the Petition must be dismissed. *See Perez Duranza ex rel. Mora*, 2026 WL 1699578, at *1.

For the reasons set forth above, the Petition is dismissed without prejudice to refiling.

**IT IS SO ORDERED.**