UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAULO FERREIRA MELO, as next of friend for JUAN RENE GONZALEZ ESPINOZA,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center,<br>Respondent. | Case No. CV 5:26-05032-RAO<br><br>JUDGMENT |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice and this action is closed.

DATED: September 16, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE